Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Bryan S. Felmly
7658 Furnace Road
Slatington, PA 18080

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 26-12456-PMM**

Petition Filed Date: 06/05/2026
341 Hearing Date: 07/21/2026
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/29/2026 | $200.00 | | 07/30/2026 | $200.00 | | | | |

**Total Receipts for the Period: $400.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 001 | Unsecured Creditors | $9,107.85 | $0.00 | $0.00 |
| 2 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 002 | Unsecured Creditors | $3,342.72 | $0.00 | $0.00 |
| 3 | BANK OF AMERICA NA<br>»» 003 | Unsecured Creditors | $6,004.90 | $0.00 | $0.00 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 004 | Unsecured Creditors | $2,113.25 | $0.00 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $1,378.01 | $0.00 | $0.00 |
| 6 | CITIBANK NA - EXCEPTION PAYMENTS<br>»» 006 | Unsecured Creditors | $707.37 | $0.00 | $0.00 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $6,866.10 | $0.00 | $0.00 |
| 8 | PNC BANK<br>»» 008 | Unsecured Creditors | $2,513.28 | $0.00 | $0.00 |
| 9 | SYNCHRONY BANK BY AIS INFOSOURCE LP AS AGENT<br>»» 009 | Unsecured Creditors | $529.46 | $0.00 | $0.00 |
| 10 | SYNCHRONY BANK BY AIS INFOSOURCE LP AS AGENT<br>»» 010 | Unsecured Creditors | $1,316.94 | $0.00 | $0.00 |
| 11 | LOANCARE SERVICING CENTER<br>»» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | NEWREZ LLC D/B/A<br>»» 012 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $400.00 | Current Monthly Payment: | $200.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $30.80 | Total Plan Base: | $7,200.00 |
| Funds on Hand: | $369.20 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.